**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. 23-70145-JAD |
| Barbara E. Conklin, | : | |
| Debtor | : | Chapter 13 |
| | : | |
| Barbara E. Conklin, | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| Ally Financial, | : | |
| Credit Management Company, | : | |
| Lendmark Financial Services, | : | |
| Select Portfolio Servicing, | : | |
| Respondents | : | |
| | : | |
| and | : | |
| | : | |
| Ronda J. Winnecour, Esquire | : | |
| Chapter 13 Trustee | : | |
| Additional Respondent | : | |

**CERTIFICATE OF SERVICE**

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz, hereby certify that I am over the age of eighteen years old and certify under penalty of perjury that I served or caused to be served, on the 23rd day of May, 2023, a true and correct copy of the Order dated May 19, 2023, approving the Motion to Extend Automatic Stay Beyond Thirty Days, by First-Class Mail. U.S. Postage paid on all Parties on the Court's Mailing Matrix.

Respectfully submitted,

Executed on: May 23, 2023

/s/ Jessica L. Tighe
Jessica L. Tighe; Legal Asst.
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470

*Parties served by the court electronically were not served by regular mail.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-7<br>Case 23-70145<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Johnstown<br>Thu May  4 09:02:47 EDT 2023 | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2703 | Ally Financial<br>P.o. Box 380901<br>Bloomington, MN 55438-0901 |
| Credit Management Co<br>2121 Noblestown Rd<br>Pittsburgh, PA 15205-3956 | Geraldine M. Linn, Esquire<br>KML Law Group, PC<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106-1541 | (p)LENDMARK FINANCIAL SERVICES<br>2118 USHER ST<br>COVINGTON GA 30014-2434 |
| Lendmark Financial Services<br>Nittany Commons<br>2264 E College Avenue<br>State College, PA 16801-7205 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | Select Portfolio Servicing<br>3815 S. West Temple Street<br>Salt Lake City, UT 84115 |
| Barbara E Conklin<br>6216 Morgan Run Road<br>West Decatur, PA 16878-8426 | Kenneth P. Seitz<br>Law Offices of Kenny P. Seitz<br>P.O. Box 211<br>Ligonier, PA 15658-0211 | |


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Lendmark Financial Ser
2118 Usher St.
Covington, GA 30014

End of Label Matrix
Mailable recipients    10
Bypassed recipients     0
Total                  10