**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
1/24/25 2:09 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | |
|---|---|---|
| IN RE: | : | Case No. 23-70145-JAD |
| Barbara E. Conklin, | : | |
| Debtor | : | Chapter 13 |
| | : | |
| Barbara E. Conklin, | : | Docket No. |
| Movant | : | |
| vs. | : | Related to Docket No. 43 |
| | : | |
| U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR1, | : | |
| Respondent | : | |

**ORDER**

**AND NOW**, this  24th  day of  January , 2025, upon the Motion to Withdraw the Objection to U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR1's Mortgage Payment Change filed November 5, 2024, it is hereby ORDERED and DECREED that the Objection to U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR1's Mortgage Payment Change filed November 26, 2024, is hereby WITHDRAWN and the hearing scheduled for February 18, 2025 at 10:00 AM hereby CANCELLED.

BY THE COURT,

_____ jsf
Jeffery A. Deller
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-70145-JAD |
| Barbara E Conklin | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 2 |
| Date Rcvd: Jan 24, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Barbara E Conklin, 6216 Morgan Run Road, West Decatur, PA 16878-8426 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2025              Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2025 at the address(es) listed below:

**Name**                **Email Address**

Denise Carlon
                        on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR1 dcarlon@kmllawgroup.com

Kenneth P. Seitz
                        on behalf of Debtor Barbara E Conklin thedebterasers@aol.com

Office of the United States Trustee
                        ustpregion03.pi.ecf@usdoj.gov

Robert Shearer
                        on behalf of Creditor U.S. Bank Trust Company  National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of rshearer@raslg.com

Ronda J. Winnecour
                        cmecf@chapter13trusteewdpa.com

District/off: 0315-7 User: auto Page 2 of 2
Date Rcvd: Jan 24, 2025 Form ID: pdf900 Total Noticed: 1
TOTAL: 5