IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Barbara E. Conklin<br>_Debtor(s)_ | CHAPTER 13 |
| U.S. Bank Trust Company, National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2025-NR1<br>_Secured Creditor_<br>vs.<br>Barbara E. Conklin<br>_Debtor(s)_<br>Ronda J. Winnecour<br>_Trustee_ | NO. 23-70145 JAD |

## CONSENT ORDER ON AMENDED PROOF OF CLAIM

WHEREAS this matter, having been brought before the Court by Denise Carlon, Esq., KML Law Group, P.C., attorneys for Secured Creditor, U.S. Bank Trust Company, National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2025-NR1 ("Secured Creditor"), holder of a mortgage on real property known as 6216 Morgan Run Road, West Decatur, PA 16878, with the consent of Kenneth Seitz, Esq., counsel for the Debtor, Barbara Conklin, and James Warmbrodt, counsel for the Chapter 13 Trustee;

WHEREAS Secured Creditor has amended its proof of claim to include foreclosure fees and costs incurred pre-petition in the amount of $2,414.60;

WHEREAS the parties seek to resolve the amended claim outside of the Chapter 13 plan;

AND NOW. Therefore, on the consent of the parties, it is hereby ORDERED:

1. That the parties herein agree that the fees in the amount of **$2,414.60** added to the Amended Proof of Claim filed by Secured Creditor on October 31, 2025, will be paid by Debtor outside of their Chapter 13 Plan.

2. That payments on the attorneys' fees and costs will be paid in outside the plan upon completion of the plan in this bankruptcy case in the amount of $100 per month for 23 months, and $114.60 for 1 month, for a total of $2,414.60 over 24 months. .

3. That that the outstanding fees and costs may be listed in a response to the notice of final cure, but shall not be a barrier to the Debtor obtaining a discharge in this matter.

4. That the $2,414.60 fees and costs shall be discharged upon the completion and discharge of this Chapter 13 case.

CONSENTED TO BY:

Date:  December 24, 2025          /s/ Denise Carlon
                                  Denise Carlon, Esq.
                                  Attorney for Secured Creditor


Date:  December 24, 2025          /s/ Kenneth P. Seitz
                                  Kenneth P. Seitz, Esq.
                                  Attorney for Debtor


Date: December 30, 2025           /s/ James Warmbrodt
                                  James Warmbrodt, Esq.
                                  Attorney for Chapter 13 Trustee


Approved by the Court this _____ day of _____, 2025.  However, the Court retains discretion regarding entry of any further order.


                                  _____
                                  Bankruptcy Judge
                                  Jeffery A. Deller