IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Barbara E. Conklin <br> <u>Debtor(s)</u> | CHAPTER 13 <br><br> FILED <br> 1/2/26 12:11 pm <br> CLERK <br> U.S. BANKRUPTCY <br> COURT - WDPA |
| U.S. Bank Trust Company, National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2025-NR1 <br> <u>Secured Creditor</u> <br> vs. | NO. 23-70145 JAD |
| Barbara E. Conklin <br> <u>Debtor(s)</u> | Doc. # 54 |
| Ronda J. Winnecour <br> <u>Trustee</u> | |

### CONSENT ORDER ON AMENDED PROOF OF CLAIM

WHEREAS this matter, having been brought before the Court by Denise Carlon, Esq., KML Law Group, P.C., attorneys for Secured Creditor, U.S. Bank Trust Company, National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2025-NR1 ("Secured Creditor"), holder of a mortgage on real property known as 6216 Morgan Run Road, West Decatur, PA 16878, with the consent of Kenneth Seitz, Esq., counsel for the Debtor, Barbara Conklin, and James Warmbrodt, counsel for the Chapter 13 Trustee;

WHEREAS Secured Creditor has amended its proof of claim to include foreclosure fees and costs incurred pre-petition in the amount of $2,414.60;

WHEREAS the parties seek to resolve the amended claim outside of the Chapter 13 plan;

AND NOW. Therefore, on the consent of the parties, it is hereby ORDERED:

1. That the parties herein agree that the fees in the amount of **$2,414.60** added to the Amended Proof of Claim filed by Secured Creditor on October 31, 2025, will be paid by Debtor outside of their Chapter 13 Plan.

2. That payments on the attorneys' fees and costs will be paid in outside the plan upon completion of the plan in this bankruptcy case in the amount of $100 per month for 23 months, and $114.60 for 1 month, for a total of $2,414.60 over 24 months. .

3. That that the outstanding fees and costs may be listed in a response to the notice of final cure, but shall not be a barrier to the Debtor obtaining a discharge in this matter.

4. That the $2,414.60 fees and costs shall be discharged upon the completion and discharge of this Chapter 13 case.

CONSENTED TO BY:

Date:  December 24, 2025         /s/ Denise Carlon
                                 Denise Carlon, Esq.
                                 Attorney for Secured Creditor


Date:  December 24, 2025         /s/ Kenneth P. Seitz
                                 Kenneth P. Seitz, Esq.
                                 Attorney for Debtor


Date: December 30, 2025          /s/ James Warmbrodt
                                 James Warmbrodt, Esq.
                                 Attorney for Chapter 13 Trustee


Approved by the Court this __2nd__ day of ____January____, 2026.  However, the Court retains discretion regarding entry of any further order.

Bankruptcy Judge
Jeffery A. Deller

United States Bankruptcy Court
Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-70145-JAD |
| Barbara E Conklin | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 2 |
| Date Rcvd: Jan 02, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Barbara E Conklin, 6216 Morgan Run Road, West Decatur, PA 16878-8426 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 04, 2026                    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | |
| | on behalf of Creditor U.S. Bank Trust Company  National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2025-NR1 dcarlon@kmllawgroup.com |
| Denise Carlon | |
| | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR1 dcarlon@kmllawgroup.com |
| Kenneth P. Seitz | |
| | on behalf of Debtor Barbara E Conklin thedebterasers@aol.com |
| Michelle L. McGowan | |
| | on behalf of Creditor U.S. Bank Trust Company  National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2025-NR1 mimcgowan@raslg.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-7 | User: auto | Page 2 of 2
Date Rcvd: Jan 02, 2026 | Form ID: pdf900 | Total Noticed: 1

Robert Shearer
    on behalf of Creditor U.S. Bank Trust Company  National Association, as Trustee, as successor-ininterest to U.S. Bank National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of rshearer@raslg.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 7